IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DAVID ANDREW KNOWLES, | ) |
|     Plaintiff, | ) |
| v. | )    No. 2:25-cv-02540-SHL-atc |
| LORI YOUNG SWAFFER, | ) |
|     Defendant. | ) |

**ORDER GRANTING JOINT REQUEST TO STAY CASE FOR THIRTY DAYS AND DIRECTING PARTIES TO PROVIDE STATUS UPDATE BY OCTOBER 15, 2025**

On June 30, 2025, the Court granted Defendant Lori Young Swaffer's Motion to Stay Proceedings for forty-five days and instructed the Parties to provide a status update by no later than August 14. (ECF No. 12.) On August 14, the Parties provided a joint status update, informing the Court that Defendant was still awaiting a ruling on her motion for arraignment. (ECF No. 14.) The Court granted an additional thirty-day stay. (ECF 15 at PageID 37.) On September 15, the Parties timely provided a second joint status update, informing the Court that "Defendant is still awaiting a ruling on her motion for arraignment that was filed on August 12," but that "Defendant hopes that the hearing will be scheduled soon." (ECF No. 16 at PageID 38.) The Parties request an additional thirty-day stay.

Finding good cause, the Court **GRANTS** the Parties' request and **STAYS** this case for an additional thirty days. The parties are **ORDERED** to provide the Court with a status update by no later than **Wednesday, October 15, 2025**.

**IT IS SO ORDERED,** this 16th day of September, 2025.

                                                        s/ Sheryl H. Lipman
                                                        SHERYL H. LIPMAN
                                                        CHIEF UNITED STATES DISTRICT JUDGE